Royal F. Oakes (080480), roakes@bargerwolen.com
Michael A. S. Newman (205299), mnewman@bargerwolen.com
James C. Castle (235551), jcastle@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendants
Metropolitan Life Insurance Company and
Metropolitan Insurance and Annuity Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARAT UDLER, individually and as Administrator of the ESTATE OF RITA AVRUTIN UDLER,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a corporation; METROPOLITAN INSURANCE AND ANNUITY COMPANY, a corporation; and DOES 1 through 50,<br><br>Defendants. | CASE NO.: CV 08 5047 JCS<br>ORDER<br>JOINT STIPULATION OF COUNSEL TO EXTEND TIME FOR DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY AND METROPOLITAN INSURANCE AND ANNUITY COMPANY TO FILE RESPONSIVE PLEADINGS BY FIFTEEN DAYS<br><br>[Local Rule 7-12]<br><br>Complaint Filed: September 11, 2008 |

i:\office7\7197\245\08pleadings\12 stipulation to extend time to file responsive pleadingsv2.doc

1  Pursuant to Rule 7-12 of the Local Rules of Practice for the United States District Court for
2  the Northern District of California ("Local Rules"), Plaintiff Marat Udler, Individually and as
3  Administrator of the Estate of Rita Avrutin Udler ("Plaintiff") and Defendants Metropolitan Life
4  Insurance Company ("MetLife") and Metropolitan Insurance and Annuity Company ("MIAC")
5  (collectively "Defendants"), by and through their respective counsel, hereby stipulate to extend the
6  time within which Defendants may answer or otherwise respond to the initial Complaint filed in San
7  Francisco County Superior Court on September 11, 2008, served upon Defendants on October 6,
8  2008, and removed to this Court on November 5, 2008 based upon diversity of citizenship
9  jurisdiction.

11  Specifically, Defendants shall have an additional fifteen (15) days from the response date in
12  which to answer or otherwise respond, which at present is due on November 13, 2008 (five court
13  days after removal), such that a pleading filed on or before November 28, 2008 shall be deemed
14  timely. Good cause exists for this extension because Defendants have only recently retained
15  counsel, and additional time is needed to gather all relevant documents and all matters previously
16  reviewed and considered in connection with Plaintiff's claims, to formulate its interim litigation
17  strategy and to prepare its responsive pleadings.

19  Pursuant to Local Rule 7-12, this stipulation need not be approved by the judge.

21  DATED: November 12, 2008                    BARGER & WOLEN LLP

23                                              By: _____
                                                ROYAL F. OAKES
24                                              MICHAEL A. S. NEWMAN
                                                JAMES C. CASTLE
25                                              Attorneys for Defendants
                                                Metropolitan Life Insurance Company and
26                                              Metropolitan Insurance and Annuity
                                                Company

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-1-

1 | DATED: November 12, 2008

GUY KORNBLUM & ASSOCIATES

By: /s/ Jill A. Whitby
~~GUY O. KORNBLUM~~
JILL A. WHITBY
Attorneys for Plaintiff
Marat Udler, Individually and as
Administrator of the Estate of Rita
Avrutin Udler

10 | "Dated: 11/13/08

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA