1 | Royal F. Oakes (080480), roakes@bargerwolen.com
Michael A. S. Newman (205299), mnewman@bargerwolen.com
2 | James C. Castle (235551), jcastle@bargerwolen.com
BARGER & WOLEN LLP
3 | 633 West Fifth Street, 47th Floor
Los Angeles, California 90071
4 | Telephone: (213) 680-2800
Facsimile: (213) 614-7399
5
Attorneys for Defendants
6 | Metropolitan Life Insurance Company and
Metropolitan Insurance and Annuity Company
7

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| MARAT UDLER, individually and as Administrator of the ESTATE OF RITA AVRUTIN UDLER, <br><br> Plaintiff, <br><br> vs. <br><br> METROPOLITAN LIFE INSURANCE COMPANY, a corporation; METROPOLITAN INSURANCE AND ANNUITY COMPANY, a corporation; and DOES 1 through 50, <br><br> Defendants. | CASE NO.: CV 08 5047 MHP <br><br> SECOND JOINT STIPULATION OF COUNSEL TO EXTEND TIME FOR DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY AND METROPOLITAN INSURANCE AND ANNUITY COMPANY TO FILE RESPONSIVE PLEADINGS BY SEVEN DAYS <br><br> [Local Rule 7-12] <br><br> Complaint Filed:   September 11, 2008 |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

i:\office7\7197\245\08pleadings\14 second stip to extend time to file answer.doc

1      Pursuant to Rule 7-12 of the Local Rules of Practice for the United States District Court for

2 the Northern District of California ("Local Rules"), Plaintiff Marat Udler, Individually and as

3 Administrator of the Estate of Rita Avrutin Udler ("Plaintiff") and Defendants Metropolitan Life

4 Insurance Company ("MetLife") and Metropolitan Insurance and Annuity Company ("MIAC")

5 (collectively "Defendants"), by and through their respective counsel, hereby stipulate to extend the

6 time within which Defendants may answer or otherwise respond to the initial Complaint filed in San

7 Francisco County Superior Court on September 11, 2008, served upon Defendants on October 6,

8 2008, and removed to this Court on November 5, 2008 based upon diversity of citizenship

9 jurisdiction.

10

11      Specifically, Defendants shall have an additional seven (7) days from the response date in

12 which to answer or otherwise respond, which at present is due on November 28, 2008 (pursuant to a

13 previously filed stipulation), such that a pleading filed on or before November December 5, 2008

14 shall be deemed timely.  Good cause exists for this extension because Defendants have only

15 recently retained counsel, and additional time is needed to gather all relevant documents and all

16 matters previously reviewed and considered in connection with Plaintiff's claims, to formulate its

17 interim litigation strategy and to prepare its responsive pleadings.

18

19      Pursuant to Local Rule 7-12, this stipulation need not be approved by the judge.

20

21  DATED: December _2_, 2008                    BARGER & WOLEN LLP

22

23                                               By: _____

24                                               ROYAL F. OAKES
                                                 MICHAEL A. S. NEWMAN
                                                 JAMES C. CASTLE
25                                               Attorneys for Defendants
                                                 Metropolitan Life Insurance Company and
26                                               Metropolitan Insurance and Annuity
                                                 Company
27

28

-1-

1  DATED: December ____, 2008

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GUY KORNBLUM & ASSOCIATES

By: _____
   GUY O. KORNBLUM
   JILL A. WHITBY
   Attorneys for Plaintiff
   Marat Udler, Individually and as
   Administrator of the Estate of Rita
   Avrutin Udler

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Marilyn H. Patel

-2-