GUY KORNBLUM &
ASSOCIATES
A T T O R N E Y S

GUY O. KORNBLUM (39974)
JILL A. WHITBY (244773)
1388 Sutter Street, Suite 820
San Francisco, California 94109
Telephone: (415) 440-7800
Facsimile: (415) 440-7898

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARAT UDLER, individually and as Administrator of the ESTATE OF RITA AVRUTIN UDLER, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| METROPOLITAN LIFE INSURANCE COMPANY, a corporation; METROPOLITAN INSURANCE AND ANNUITY COMPANY, a corporation; and DOES 1 through 50, | ) ) ) ) ) ) |
| Defendants. | ) ) ) |

CASE NO.: CV 08 5047 MHP

**JOINT STIPULATION OF COUNSEL AND [PROPOSED] ORDER TO CONTINUE APRIL 13, 2009 CASE MANAGEMENT CONFERENCE**

Action filed: September 11, 2008

///
///
///
///
///
///
///
///
///
///

Stipulation, Case No. CV 08 5047 MHP

Page 1

IN THE ABOVE-ENTITLED ACTION, ALL PARTIES, BY THEIR COUNSEL OF RECORD, STIPULATE AS FOLLOWS:

1. On February 9, 2009 the Court held a Case Management Conference, at which the parties expressed an interest in conducting an early mediation. As a result, the Court continued the Case Management Conference to April 13, 2009, giving counsel instructions to file a supplemental "Joint Case Management Conference Statement" by April 6, 2009.

2. On April 6, 2009, the parties filed a "Joint Case Management Conference Statement," in which they urged the Court to continue the scheduled April 13, 2009 Case Management Conference for thirty days, given the pending mediation scheduled to be conducted with Justice Robert L. Dossee on April 14, 2009.

3. The parties hereby jointly request a continuance of the scheduled April 13, 2009 Case Management Conference for thirty days, or to a date which is convenient to the Court's calendar.

DATED:        April 9, 2009                    BARGER & WOLEN LLP


By_____/s/ Royal F. Oakes_____
    ROYAL F. OAKES
    MICHAEL A.S. NEWMAN
    JAMES CASTLE
    Attorneys for Defendants
    Metropolitan Life Insurance Company and
    Metropolitan Insurance and Annuity Company


DATED:        April 9, 2009                    GUY KORNBLUM & ASSOCIATES


By _____/s/ Jill A. Whitby_____
    JILL A. WHITBY
    Attorneys for Plaintiff

1

**ORDER**

2          PURSUANT TO STIPULATIOIN, IT IS SO ORDERED THAT:

3          The Case Management Conference scheduled for April 13, 2009 at 3:00 p.m. will be continued

4   to __May 18_____, 2009 at __3:00____p.m.

5

6   Dated:_ 4/10/2009_____

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28