**GUY KORNBLUM & ASSOCIATES**
ATTORNEYS

GUY O. KORNBLUM (39974)
JILL A. WHITBY (244773)
1388 Sutter Street, Suite 820
San Francisco, California 94109
Telephone: (415) 440-7800
Facsimile: (415) 440-7898

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARAT UDLER, individually and as Administrator of the ESTATE OF RITA AVRUTIN UDLER,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a corporation; METROPOLITAN INSURANCE AND ANNUITY COMPANY, a corporation; and DOES 1 through 50,<br><br>Defendants. | Case No.: C:08-cv-05047-MHP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL** |

IN THE ABOVE-ENTITLED ACTION, ALL PARTIES, BY THEIR COUNSEL OF RECORD, STIPULATE AS FOLLOWS:

1. Pursuant to Federal Rule of Civil Procedure 41(a), the parties agree to voluntarily dismiss this action in its entirety with prejudice; and

2. Each party shall bear its own attorneys' fees, costs and expenses.

///
///
///
///

Stipulation and Proposed Order, Case No. 3:08-cv-05047-MHP

Page 1

1 | DATED: May 19, 2009          BARGER & WOLEN LLP

By _____
ROYAL F. OAKES
MICHAEL A.S. NEWMAN
JAMES CASTLE
Attorneys for Defendants
Metropolitan Life Insurance Company and
Metropolitan Insurance and Annuity Company

DATED: May 11, 2009          GUY KORNBLUM & ASSOCIATES

By _____
JILL A. WHITBY
Attorneys for Plaintiff

**IT IS SO ORDERED**
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____        _____
                                                                         The Honorable Marilyn Patel